# United States Bankruptcy Court
## Middle District of Florida

| | | |
|---|---|---|
| In re **Dana Greg Helm** | Case No. | **3:11-bk-06173** |
| Debtor(s) | Chapter | **7** |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **October 11, 2011**, a copy of the **Amended Summary of Schedules, Amended Schedule F,** and **341 Meeting of Creditors Notice** was served electronically or by regular United States mail to the Trustee and to the creditor care of its agent at his dwelling house, usual place of abode, or place where he regularly conducts his business or profession listed below:

Jacksonville Beach Surgery
3316 S. Third Street
Suite 200
Jacksonville Beach, FL 32250

Laurel Springs at Kernan
Lakes Homeowners
8777 San Jose Blvd
Building A, Suite 200
Jacksonville, FL 32217

/s/ John J. Freeman
John J. Freeman, Fla. Bar No.: 58618
LaBella Law, P.L.
1665 Kingsley Avenue, Suite 108
Orange Park, Florida  32073
Ph: (904) 541-1643
Fax: (904) 541-1676
Attorney for Debtor(s)