UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　　　Case No: 11-06173-PMG

HELM, DANA GREG

　　　　　　　　　　　　　　　　Debtor./
_____

**TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS**

　　　　The Trustee, Doreen Abbott, objects to the Debtor's claim of exemptions and would show:

　　　　1.　　The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

　　　　2.　　The Debtor has filed Schedule C claiming as exempt property pursuant to Article X, §4(a)(2), Florida Constitution and Florida Statutes §§222.25(1) and 222.25(4).

　　　　3.　　The Trustee believes that the values of the claimed exemptions reflected on the schedules are too low.

　　　　4.　　The scheduled exemptions exceed the value to which the Debtor is entitled pursuant to Article X, §4(a)(2), Florida Constitution and Florida Statutes §§222.25(1) and 222.25(4).

　　　　Dated: October 21, 2011

　　　　I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, on October 21, 2011:

Helm, Dana Greg
12190 Basalt Dr. South
Jacksonville, FL  32246

John J Freeman
Labella Law
1665 Kingsley Avenue, Suite 108
Orange Park, FL  32073

Office of United States Trustee (via Electronic Delivery by Court after docketing of pleading)

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Doreen Abbott
　　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 56257
　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL  32241-6257
　　　　　　　　　　　　　　　　　　　　　　　　(904) 886-9459
　　　　　　　　　　　　　　　　　　　　　　　　Trustee