**[7nfmjck]** [Notice of Requirement to File Statement of Completion of Financial Management – Ch 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                          Case No. 3:11−bk−06173−PMG
                                                                                                Chapter 7

Dana Greg Helm
12190 Basalt Dr. South
Jacksonville, FL 32246


_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION
OF COURSE IN PERSONAL FINANCIAL MANAGEMENT**

    In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. §§ 111. The Debtor has not filed with the Court a Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23).

    YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification with the Court within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

    Dated:  November 4, 2011

                                                    FOR THE COURT
                                                    Lee Ann Bennett , Clerk of Court
                                                    300 North Hogan Street Suite 3−350
                                                    Jacksonville, FL 32202

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee

Official Form 23 (12/10)

# United States Bankruptcy Court
## Middle District Of Florida

In re:     Case No. 3:11−bk−06173−PMG
           Chapter 7

Dana Greg Helm
12190 Basalt Dr. South
Jacksonville, FL 32246

_____Debtor(s)_____/

**DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7, chapter 11 in which §§ 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

___ I, _____, the debtor in the above−styled case,
           (Printed Name of Debtor)
hereby certify that on _____ (Date), I completed an instructional course in personal financial management provided by _____, an approved personal
                                                                                                    (Name of Provider)
financial management provider.

    Certificate No. :_____.

___ I, _____, the debtor in the above−styled case,
           (Printed Name of Debtor)
hereby certify that no personal financial management course is required because of
*[Check the appropriate box.]*:
        ___ Incapacity or disability, as defined in 11 U.S.C. §§ 109(h);
        ___ Active military duty in a military combat zone; or
        ___ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date: _____

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under §§ 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under §§ 1141(d)(5)(B) or §§ 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)